UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PETER GRAVES,

        Plaintiff,

   v.

ERIC HOLDER,

        Defendant.
_____/

CASE NO. CIV 2:10-02970 WBS EFB

<u>ORDER</u>

PETER GRAVES,

        Plaintiff,

   v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,

        Defendants.
_____/

CASE NO. CIV 2:10-03015 MCE EFB

<u>ORDER</u>

PETER GRAVES,

        Plaintiff,

   v.

HILLARY RODHAM CLINTON, et al.,

        Defendants
_____/

CASE NO. CIV 2:10-03106 JAM DAD

1    The court has received the Notice of Related concerning
2 the above-captioned cases filed on March 2, 2010.  <u>See</u> Local Rule
3 83-123.  The court has, however, determined that it is
4 inappropriate to relate or reassign the cases at this time, and
5 therefore declines to do so.  This Order is issued for
6 informational purposes only and shall have no effect on the
7 status of the cases, including any previous Related (or Non-
8 Related) Case Order of this court.
9    IT IS SO ORDERED.
10 DATED:  March 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE