UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PETER GRAVES,

                         NO. CIV. 2:10-02970 WBS EFB

        Plaintiff,

     v.                       <u>ORDER RE: COSTS</u>

ERIC HOLDER,

        Defendant.

_____/

----oo0oo----

      After judgement was entered in favor of defendant Eric Holder (Docket No. 78), defendant submitted a cost bill totaling $33.25 (Docket No. 79).  Local Rule 292(c) provided plaintiff with seven days from the date of service to object, and plaintiff did not object.

      Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs to losing parties, which are generally subject to limits set under 28 U.S.C. § 1920.  <u>See</u> 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules,

1

or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); <u>Crawford Fitting Co. v. J.T. Gibbons, Inc.</u>, 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

Defendant has requested $33.25 in costs based on 133 pages of copies at $0.25 per page that were printed to provide courtesy copies of its pleadings to the court.  After reviewing the bill, and in light of the fact that plaintiff has not objected, the court finds the requested costs to be reasonable. Accordingly, costs of **$33.25** will be allowed.

IT IS SO ORDERED.

DATED: November 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2